FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FlexSim Software Products, Inc. v. Simio, LLC

No. 17-1861

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☒ As counsel for: FlexSim Software Products, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☐ Amicus curiae ☐ Cross Appellant

☒ Appellant ☐ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

Name: Lynn G. Foster
Law Firm: Lynn G. Foster L.C.
Address: 632 12th Avenue
City, State and Zip: Salt Lake City, Utah 84103
Telephone: (801) 364-5633
Fax #:
E-mail address: lynn@fosterpatlaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing ______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1984

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date April 7, 2017 Signature of pro se or counsel /s/ Lynn G. Foster

cc: see attached

Reset Fields

**United States Court of Appeals**
**for the Federal Circuit**
*FlexSim Software Products, Inc v. Simio, LLC,* 2017-1861

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by LYNN G. FOSTER L.C., Attorneys for Appellant to print this document. I am an employee of Counsel Press.

On **April 12, 2017,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

David G. Oberdick
Meyer, Unkovic & Scott
1300 Oliver Building, Suite 1300
535 Smithfield Street
Pittsburgh, PA 15222
412-456-2881
dgo@muslaw.com

April 12, 2017

/s/ Robyn Cocho
Robyn Cocho
Counsel Press